IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| KIRBY RANDALL CULP<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, D/B/A CIGNA GROUP INSURANCE, ENSCO INTERNATIONAL INCORPORATED, ENSCO HEALTH PLAN, AND LISA GUTIERREZ | §§§§§§§§§§ CIVIL ACTION NO. 6:17-CV00010-RP-JCM |

### ORDER ON AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

The Court, having considered the Agreed Stipulation of Dismissal With Prejudice, finds that the parties' request should be granted. It is therefore ORDERED that Plaintiff's claims against Defendants are dismissed with prejudice to refiling same. The Court retains jurisdiction to enforce the parties' settlement agreement if necessary.

IT IS FURTHER ORDERED that the parties will bear their own costs.

Signed this 13th day of July, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE